# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-2592

———————————————

JASON C. TUREM,

    Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
David P. Kreider, Judge.

September 30, 2021

PER CURIAM.

    AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jason C. Turem, pro se, Appellant.

Ashley Moody, Attorney General, Kelly R. Forren, Assistant Attorney General, and Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Appellee.